UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:17CR595 RLW |
| ) | |
| JEVANTAE PHILLIPS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

**IT IS HEREBY ORDERED** that Plaintiff United States of America's Motion to Authorize Payment from Inmate Trust Account (ECF No. 186) is **GRANTED**. The Bureau of Prisons is authorized to turn over to the Clerk of the Court funds held in the inmate trust account of Defendant Jevantae Phillips, Reg. No. 47229-044, as payment towards criminal monetary penalties imposed in this case.

Dated this 25th day of January, 2021.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE